UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Mark Clifford Sykes,

    Plaintiff

v.

Mark Clifford Sykes Social Security Trust, et al.,

    Defendants

2:16-cv-0846-JAD-PAL

**Order Denying Motion**

[ECF No. 1]

    Pro se plaintiff Mark Clifford Sykes has filed a "motion for liquidation of Mark Clifford Sykes Trusts." It appears that Sykes seeks to revoke two separate trusts, which he claims are valued at $ 18 million. Sykes requests that the "Iowa State 8th District Chief Judge" be appointed to "operate as the Protector of the Court" and for the liquidation and return of all of the assets.[1] This action has not been properly commenced because Sykes has not filed a complaint.

    Accordingly, IT IS HEREBY ORDERED that Syke's motion for liquidation of trusts **[ECF No 1] is DENIED.** Sykes has until March 21, 2017, to file a complaint containing a short and plain statement of the grounds for this court's jurisdiction and the claim or claims showing that he is entitled to the relief he seeks. **If Sykes does not file a proper complaint by this deadline, this case will be closed without further notice.**

    Dated this 8th day of March, 2017.

                                                 _____

                                                 Jennifer A. Dorsey
                                                 United States District Judge

---

[1] ECF No. 1.